```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

| | | |
|---|---|---|
| MELISSA TROTTER, | : | |
|     Plaintiff, | : | |
| vs. | : | CIVIL ACTION 06-0183-WS-M |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| INC., et al., | : | |
|     Defendants. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 29th day of May, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE