```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                     SOUTHERN DISTRICT OF ALABAMA
                           SOUTHERN DIVISION
```

MELISSA TROTTER,                         :

    Plaintiff,                           :

vs.                                      :     CIVIL ACTION 06-0183-WS-M

CORRECTIONAL MEDICAL SERVICES,:

INC., et al.,                            :

    Defendants.                          :


## JUDGMENT

    It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

    DONE this 29th day of May, 2008.


                                            s/WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE